1

2                          UNITED STATES DISTRICT COURT

3                         NORTHERN DISTRICT OF CALIFORNIA

4

5    DELFINO GREEN & GREEN,
                                                Case No.  15-cv-02302-KAW
             Plaintiff,

6

7        v.                                     **ORDER**

8    WORKERS COMPANSATION
     SOLUTIONS, LLC,

9            Defendant.

10          GOOD CAUSE APPEARING THEREFOR,

11          IT IS ORDERED that this case is reassigned to the Honorable **James Donato** in the **San**

12   **Francisco** division for all further proceedings.  Counsel are instructed that all future filings shall

13   bear the initials **JD** immediately after the case number.  All dates presently scheduled are vacated

14   and motions should be renoticed for hearing before the judge to whom the case has been

15   reassigned.  Briefing schedules, including ADR and other deadlines remain unchanged.  See Civil

16   L.R. 7-7(d).  Matters for which a magistrate judge has already issued a report and recommendation

17   shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

18   proceed in accordance with Fed R. Civ. P. 72(b).

19   Dated: May 28, 2015

20                                              FOR THE EXECUTIVE COMMITTEE

21

22                                              Richard W. Wieking

23                                              Clerk, United States District Court

24   A true and correct copy of this order has been served by mail upon any pro se parties.

25

26

27

28