UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO GREEN & GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WORKERS COMPENSATION SOLUTIONS, LLC,<br><br>　　　　Defendant. | Case No. 15-cv-02302-JD<br><br>**ORDER OF RECUSAL** |

The Court recuses itself from any and all further proceedings in this matter, and requests that the Clerk reassign the case to another district judge.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: July 6, 2015

_____
JAMES DONATO
United States District Judge