MARK E. BURTON, JR., State Bar No. 178400
CHARLES C. KELLY, II, State Bar No. 122253
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
(415) 441-5544

Attorneys for Plaintiff/Cross-Def. DELFINO GREEN & GREEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO GREEN & GREEN, a law firm, | Case No.: 3:15-cv-02302-HSG |
| Plaintiff, | PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES OR ENTITIES |
| v. | |
| WORKERS COMPENSATION SOLUTIONS, LLC, and DOES ONE through TWENTY, | Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| William Green | Partner at Delfino Green & Green |
| Sharon Delfino Green | Partner at Delfino Green & Greeno |
| Carolina Casualty Company | Insurance Company for Delfino Green & Green |

1
PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES OR ENTITIES
3:15-cv-02302-HSG

Dated: August 4, 2015

HERSH & HERSH
A Professional Corporation

By /s/ Mark E. Burton, Jr.
Mark E. Burton, Jr.
Attorneys for Plaintiff/Cross-defendant
DELFINO GREEN & GREEN