RUSSELL S. ROECA (State Bar #97297)
KYLE MONTES DE OCA (State Bar #280114)
ROECA HAAS HAGER LLP
250 Montgomery St., Suite 1410
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile: (415) 352-0988
Email: rroeca@r2hlaw.com, kmontesdeoca@r2hlaw.com

Attorneys for Counter-Defendant
DELFINO, GREEN & GREEN, a law firm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO, GREEN & GREEN, a law firm,<br><br>       Plaintiff,<br><br>v.<br><br>WORKERS COMPENSATION SOLUTIONS, LLC, a Delaware limited liability company, and DOES ONE through TWENTY,<br><br>       Defendants. | Case No. 3:15-cv-02302-HSG<br><br>**STIPULATION AND ORDER RE: DISMISSAL OF FIRST THREE CAUSES OF ACTION IN WORKERS COMPENSATION SOLUTIONS, LLC'S COUNTER-COMPLAINT**<br><br>Action Filed: March 26, 2015 |
| WORKERS COMPENSATION SOLUTIONS, LLC, a Delaware limited liability company,<br><br>       Counter-Claimant,<br><br>v.<br><br>DELFINO, GREEN & GREEN, a law firm,<br><br>       Counter-Defendant. | |

Roeca Haas Hager LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

STIPULATION & ORDER RE: DISMISSAL OF
FIRST THREE CAUSES OF ACTION IN
COUNTER-COMPLAINT

DELFINO GREEN & GREEN V. WORKERS
COMPENSATION SOLUTIONS, LLC
Case No. 3:15-cv-02302-HSG

Roeca Haas Hager LLP
250 Montgomery Street, Suite 1410, San Francisco, CA 94104
415.352.0980 Fax 415.352.0988

**STIPULATION**

Counter-Defendant Delfino, Green & Green ("DGG") and Counter-Claimant Workers Compensation Solutions, LLC ("WCS"), by and through their respective counsel and in accordance with their agreement at the hearing on DGG's motion to dismiss, heard on September 3, 2015, before Judge Haywood S. Gilliam, Jr. in Courtroom 15, of the United States District Court for the Northern District of California, hereby stipulate that WCS' first three causes of action for Declaratory Relief as alleged in its counter-claim filed on or about May 28, 2015, be dismissed in their entirety. The dismissal of the first three causes of action shall not affect the affirmative defenses asserted in WCS' Answer, filed on or about May 28, 2015.

IT IS SO STIPULATED.

Dated: September 11, 2015          ROECA HAAS HAGER LLP


By: /s/ Kyle Montes De Oca
    Russell S. Roeca
    Kyle Montes De Oca
    Attorneys for Counter-Defendant
    DELFINO, GREEN & GREEN, a law firm


Dated: September 11, 2015          BROWNSTEIN HYATT FARBER SCHRECK LLP


By: /s/ Arthur A. Zorio
    Arthur A. Zorio
    Attorneys for Defendant and Counter-Claimant
    WORKERS COMPENSATION SOLUTIONS,
    LLC

**ORDER**

The Court, after having reviewed the stipulation of the parties, and finding good cause, hereby ORDERS:

1.    Defendant and Counter-Claimant Workers Compensation Solutions, LLC's first cause of action for "Declaratory Relief: Attorney Fee Agreement – Void" as alleged in its counterclaim is hereby **DISMISSED**.

2.    Defendant and Counter-Claimant Workers Compensation Solutions, LLC's second cause of action for "Declaratory Relief: Attorney Fee Agreement Does not Provide for Interest" as alleged in its counterclaim is hereby **DISMISSED**.

3.    Defendant and Counter-Claimant Workers Compensation Solutions, LLC's third cause of action for "Declaratory Relief: Attorney Fee Agreement Does not Provide Recovery on Reimbursed Fees or Costs" as alleged in its counterclaim is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                              HON. HAYWOOD S. GILLIAM, JR.
                                                              UNITED STATES DISTRICT JUDGE