UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DELFINO GREEN & GREEN, | Case No. 15-cv-02302-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION AND MOTION TO DISMISS** |
| WORKERS COMPENSATION SOLUTIONS, LLC, | Re: Dkt. Nos. 19, 38 |
| Defendant. | |

Pending before the Court is Plaintiff and Counter-Defendant Delfino Green & Green's motion to dismiss the first four causes of action in Defendant and Counter-Plaintiff Workers Compensation Solutions' counter-claim. Dkt. No. 19 ("Mot."). On September 11, 2015, the parties stipulated to dismissal of Defendant's first three causes of action in its counter-claim. Dkt. No. 38. The Court GRANTS the parties' stipulation and DISMISSES Defendant's causes of action for (1) "Declaratory Relief: Attorney Fee Agreement—Void"; (2) "Declaratory Relief: Attorney Fee Agreement Does not Provide for Interest"; (3) "Declaratory Relief: Attorney Fee Agreement Does not Provide Recovery on Reimbursed Fees or Costs."

//

//

//

//

//

//

//

//

The Court further finds that, because Defendant's fourth cause of action in its counter-claim is redundant of certain of its affirmative defenses, *see* Dkt. No. 30 at 7, it is appropriate to strike that cause of action as well. A number of district courts have reached the same result. *See Stickrath v. Globalstar, Inc.*, No. 07-cv-01941-TEH, 2008 WL 2050990, at *3 (N.D. Cal. May 13, 2008) (collecting cases). The counter-claim "serve[s] no useful purpose" and is "entirely superfluous." *Id.* at *5, 7 (internal quotation marks omitted). As a result, the Court GRANTS Plaintiff's motion to dismiss and STRIKES Defendant's fourth cause of action for "Declaratory Relief: November 14, 2014 Agreement—Void" pursuant to Rule 12(f).

**IT IS SO ORDERED.**

Dated: 9/11/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge