AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Delfino Green & Green, a law firm
        Plaintiff (s),

V.

Workers Compensation Solutions, LLC
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-02302-HSG

Notice is hereby given that, subject to approval by the court, __Workers Compensation Solutions, LLC__ substitutes
(Party (s) Name)

__Lisa Battista__, State Bar No. __281448__ as counsel of record in
(Name of New Attorney)

place of __Arthur A. Zorio__,
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Gwire Law Offices
    Address:     1250 45th Street, Suite 310, Emeryville, CA 94608
    Telephone:     (415) 296-8880     Facsimile (415) 296-8029
    E-Mail (Optional):     battista@gwirelaw.com

I consent to the above substitution.
Date:   10-9-2015

_John Matheny, Gen. Counsel, Workers Comp Solutions Inc._
(Signature of Party (s))

I consent to being substituted.
Date:   10-12-2015

_Arthur A. Zorio_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   10/1/2015

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   10/13/2015

_Haywood S. Gilliam Jr._
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]