AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern                     District of                     California

Delfino Green & Green, a law firm
                    Plaintiff (s),
        V.
Workers Compensation Solutions, LLC
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-02302-HSG

Notice is hereby given that, subject to approval by the court, __Workers Compensation Solutions, LLC__ substitutes
                                                                          (Party (s) Name)

__William Gwire__, State Bar No. __59451__ as counsel of record in
   (Name of New Attorney)

place of __Arthur A. Zorio__
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:          Gwire Law Offices
  Address:            1250 45th Street, Suite 310, Emeryville, CA 94608
  Telephone:          (415) 296-8880              Facsimile  (415) 296-8029
  E-Mail (Optional):  gwire@gwirelaw.com

I consent to the above substitution.
Date:  10.9.2015
                                    John Hathaway, Gen. Counsel, Workers Comp Solutions Inc.
                                    (Signature of Party (s))

I consent to being substituted.
Date:  10-12-2015
                                    Arthur A. Zorio
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  10/1/2015
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  10/13/2015
                                    Haywood S. Gill Jr.
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]