MARK E. BURTON, JR., State Bar No. 178400
CHARLES C. KELLY, II, State Bar No. 122253
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6316
(415) 441-5544

Attorneys for Plaintiff/Cross-Def. DELFINO GREEN & GREEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO GREEN & GREEN, a law firm, | Case No.:  3:15-cv-02302-HSG |
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER** |
| v. | |
| WORKERS COMPENSATION SOLUTIONS, LLC, and DOES ONE through TWENTY, | Date:         October 20, 2015<br>Time:         2:00 pm<br>Courtroom:  15, 18th Floor |
| Defendants. | Hon. Haywood S. Gilliam, Jr. |
| AND RELATED CROSS-ACTION. | |

The parties hereby stipulate to a continuance of the Case Management Conference currently set for October 20, 2015, to November 3, 2015, and stipulate that discovery may commence immediately after the mediation, currently scheduled for October 22, 2015.

Dated:  October 14, 2015         HERSH & HERSH
                                 A Professional Corporation


                                 By    /s/ *Mark E. Burton, Jr.*
                                     Mark E. Burton, Jr.
                                     Attorneys for Plaintiff/Cross-defendant
                                     DELFINO GREEN & GREEN

Dated: October 14, 2015					ROECA HAAS HAGER LLP


							By:     /s/ *Russell S. Roeca*
							     Russell S. Roeca
							     Kyle Montes De Oca
							     Attorneys for Counter-Defendant
							     DELFINO, GREEN & GREEN, a law firm

Dated: October 14, 2015					GWIRE LAW OFFICES


							By     /s/ *William Gwire*
							     William Gwire
							     Attorneys for Defendant WORKERS
							     COMPENSATION SOLUTIONS, LLC
							     a Delaware limited liability company


     IT IS SO ORDERED.


Dated: 10/15/2015					_____
							HON. HAYWOOD S. GILLIAM, JR.

2
STIPULATION AND REQUEST FOR ORDER